MELLEN, Appellant, *v.* MELLEN *et al.*, Respondents.

(*Supreme Court, General Term, First Department.* July 7, 1892.)

Appeal from circuit court, New York county.
. Action by Sarah E. Mellen against William C. Banning, sole surviving executor of the last will and testament of Abner Mellen, deceased, Helen I. Banning, wife of William C. Banning, Maria L. Kendall, Abner M. Wilcox, and Winnifred Wilcox, his wife, and Gordon McKay Mellen, Stanley and Evelyn Mellen, minor children of Ebner Mellen, Jr., deceased, and of the plaintiff, to obtain a construction of decedent's will, and to restrain the execution of powers of sale therein contained. From a trial judgment of general term dismissing the complaint, (14 N. Y. Supp. 665,) plaintiff appeals. Affirmed.

For reports of other litigation involving this estate, see 9 N. Y. Supp. 929; 16 N. Y. Supp. 191, 887; 17 N. Y. Supp. 866; 18 N. Y. Supp. 515, 937, *mem.*
Argued before VAN BRUNT, P. J., and O'BRIEN and PATTERSON, JJ.
*Henry Daily, Jr.*, for appellant. *Alfred T. Ackert*, for respondents.

PER CURIAM. The respondents demurred to the complaint on the ground that it did not state facts sufficient to constitute a cause of action. The demurrer was overruled at special term, and, from the order and interlocutory judgment entered overruling it, the present respondents appealed to the general term of this court. There the demurrer was sustained, and the order and interlocutory judgment overruling the demurrer were reversed, and final judgment directed to be entered dismissing the complaint, with costs. The opinion of the general term sustaining the demurrer, which is to be found in the case, (14 N. Y. Supp. 665,) is controlling; and, as the questions now presented were therein fully discussed and passed upon, nothing remains but to affirm the judgment, with costs and disbursements.

---

PEOPLE *ex rel.* WOOD *v.* CITY OF BROOKLYN.

(*Supreme Court, General Term, Second Department.* February 8, 1892.)

Application by Frederick Wood for a writ of *mandamus.*
Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.
No opinion. Order granting writ of *mandamus* reversed, with costs.

---

BAINBRIDGE *et al.*, Respondents, *v.* LILIENTHAL, Appellant.

(*Supreme Court, General Term, Second Department.* July 22, 1892.)

Appeal from special term, Kings county.
Action by Henry C. Bainbridge and another against Maurice Lilienthal.
Argued before BARNARD, P. J., and DYKMAN, J.
*William F. Randel*, for appellant. *Jackson & Burr, (Jos. A. Burr, Jr.,* of counsel,) for respondents.

DYKMAN, J. This is an appeal from an order denying a motion of the defendant to compel the plaintiff to receive a notice of appeal from an order denying a motion to make a complaint more definite and certain. The appeal is entirely destitute of merit, and the order should be affirmed, with $10 costs and disbursements.